April 22, 2004

United States District Court
Office of the Clerk
John Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, 02210

Re:  Russell J. Archibald  v  Mel. R. Martinez, Secretary,
             U.S. Dept. of HUD
    C.A. No. 04-10503-Mel

Dear Clerk:

The purpose of this letter is to inform the District Court that I plan on proceeding with the above mentioned action.

On April 8, 2004 I received a letter from Judge Lasker denying my request for appointment of counsel. The letter informed me I had 21 days to notify the Court of my intentions of whether I wanted to proceed with the action I filed.

Please be advised I am in the process of securing counsel to assist me in filing formal pleadings in this matter. I would appreciate the court informing me how much time I have to complete this process. If I am unable to secure counsel to handle this matter I will file the pleadings Pro Se to protect my cause of action.

Enclosed is a signed "Application To Proceed Without Prepayment Of Fees And Affidavit".

Sincerely,

*Russell J Archibald*
Russell J. Archibald