In the United States District Court
District of Massachusetts

Russell Archibald,
Plaintiff

v.

U.S. Department Of Housing
And Urban Development,
Defendant.

Civil Action No.
04CV 10503 MEL

## MOTION FOR ENTRY OF DEFAULT

Comes now the Plaintiff, Russell Archibald, pro se and pursuant to rule 55 FRCP and files this, his motion for entry of default against the Defendant herein and says:

1. That the complaint herein was served on the Defendant on 17 August 2004.

2. That to date, the Defendant has failed to respond in any manner.

3. That when this Plaintiff was attempting to exhaust his administrative remedies, Defendant caused delay by failing to respond for a period of approximately 18 months.

4. That Defendant is using its preferential treatment under the law to deprive this Plaintiff of justice.

**WHEREFORE**, Plaintiff respectfully requests that default be entered against the Defendant and for any other relief this honorable Court deems just and proper.

Respectfully submitted,

Russell J. Archibald, Plaintiff pro se
4 Norwich Drive
Johnston, RI  02919
(401) 949-4119

Dated: March 7, 2006

CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing motion was delivered to Mr. Mel Martinez, Secretary, United States Department of Housing and Urban Development, 451 7th Street, SW, Washington, D.C. 20410 by first class mail on March 7, 2006.

Russell J. Archibald