UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL ARCHIBALD, )<br> )<br>    Plaintiff, )<br> )<br>  v. )<br> )<br>UNITED STATES DEPARTMENT OF )<br>HOUSING AND URBAN DEVELOPMENT,)<br> )<br>    Defendant. ) | Civil Action No. 04-10503-MEL |

### UNITED STATES'S CROSS-MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO REQUIRE THE PLAINTIFF <u>TO EFFECT PROPER SERVICE ON THE DEFENDANT</u>

The United States of America moves to dismiss the Complaint, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, for insufficiency of service of process. Alternatively, if the Court declines to dismiss the complaint, the Court should require the plaintiff to effect proper service on the defendant within 20 days, and if proof of proper service is not submitted within 10 days thereafter, the Court should then dismiss the case against the United States. The reasons for this motion are set forth more fully in the accompanying Opposition to Plaintiff's Request for Default and Memorandum in Support of the United States's Cross-Motion to Dismiss, or, in the Alternative, to Require the Plaintiff to Effect Proper Service on the Defendant.

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                              By:   /s/ Damian W. Wilmot
                                    DAMIAN W. WILMOT
                                    Assistant U.S. Attorney
                                    Moakley Federal Courthouse
                                    One Courthouse Way, Suite 9200
                                    Boston, MA 02210
Dated: April 4, 2006                (617) 748-3398
```

## CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1 I have attempted to confer with the *pro se* Plaintiff in order to resolve the issues addressed in this Motion but was unable to reach him.

```
                                     /s/ Damian W. Wilmot
                                    DAMIAN W. WILMOT
                                    Assistant U.S. Attorney
```

## CERTIFICATE OF SERVICE

```
Suffolk,  ss.                       Boston, Massachusetts
                                    April 4, 2006
```

I certify that on April 4, 2006, I caused a copy of the foregoing Motion to be served on Plaintiff, Russell Archibald, 9 Norwich Drive, Johnston, RI 02919, by first class mail, postage pre-paid.

```
                                     /s/ Damian W. Wilmot
                                    DAMIAN W. WILMOT
                                    Assistant U.S. Attorney
```

2