## In the United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| Russell Archibald,<br>Plaintiff | ) ) ) | Civil Action No.<br>04CV 10503 MEL |
| v. | ) ) | |
| U.S. Department Of Housing<br>And Urban Development,<br>Defendant. | ) ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the complaint filed herein was served by certified mail this

__21__ day of April, 2006 on Damian W. Wilmot, Assistant U.S. Attorney at Moakley

Federal Courthouse, One Courthouse Way, Ste 9200, Boston, MA 02210.


Russell J. Archibald, Plaintiff pro se
9 Norwich Drive, Johnston, RI 02919
(401) 949-4119

**In the United States District Court**
**District of Massachusetts**

FILED
IN CLERKS OFFICE

Russell Archibald,  )                        Civil Action No.
Plaintiff               )        2006 MAY -2  P 4: 33  CV 10503 MEL
                           )
v.                        )        U.S. DISTRICT COURT
                           )        DISTRICT OF MASS.
U.S. Department Of Housing  )
And Urban Development,  )
Defendant.              )

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the complaint filed herein was served by certified mail this

_21_ day of April, 2006 on United States Attorney General, U.S. Department of

Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001

Russell J. Archibald, Plaintiff pro se
9 Norwich Drive, Johnston, RI 02919
(401) 949-4119



