**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

May 2, 2006

CHAMBERS OF
JUDGE MORRIS E. LASKER

Mr. Russell Archibald
9 Norwich Drive
Johnston, RI 02919

       Re: Russell Archibald v. United States
           Department of Housing and Urban
           Development - 04-CV-10503-MEL

Dear Mr. Archibald:

       Our records indicate that on March 7, 2006 you filed a motion for entry of default. In answer to that motion, the defendant cross moved on April 4 to dismiss your case or, in the alternative, to require you to effect proper service on the defendant.

       Your answer to that cross motion was due no later than 20 days after April 4. Our records indicate that you have not answered the defendant's cross motion. Accordingly, unless you file an answer to that cross motion by May 20, your motion for entry of default will be dismissed and the defendant's cross motion granted.

                                 Very truly yours,

                                 Ada Sheng
                                 Law Clerk to the
                                 Honorable Morris E. Lasker

cc: Damian W. Wilmot
    Assistant U.S. Attorney