UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSELL J. ARCHIBALD ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MEL MARTINEZ, SECRETARY OF THE ) <br> U.S. DEPARTMENT OF HOUSING AND ) <br> URBAN DEVELOPMENT, ) <br> Defendant. ) | Docket No. 04-CV-10503-MEL |

**DEFENDANT'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

Defendant hereby certifies, pursuant to Local Rule 16.1(D)(3), that it has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Mel Martinez, Secretary of the
U.S. Department of Housing and
Urban Development

By his attorney,

ROBERT H. FARRELL, ESQ.

By: _____
Robert H. Farrell, Esq.
Supervisory Attorney
Office of the Regional
Counsel
10 Causeway Street
Boston, MA 02222
(617) 994-8259

Dated: August 18, 2006

UNITED STATES OF AMERICA,
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Damian W. Wilmot
Assistant U.S. Attorney
1 Courthouse Way., Ste 9200
Boston, MA 02210
(617) 748-3398