UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSEL J. ARCHIBALD, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MEL MARTINEZ, SECRETARY OF )<br>HOUSING AND URBAN DEVELOPMENT, )<br>)<br>Defendants. )<br>) | C.A. No. 04-10503-MEL |

## SUBSTITUTION OF APPEARANCE

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America, in substitution for Assistant United States Attorney Damian W. Wilmot

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                 By:    /s/ Rayford A Farquhar
                          Rayford A. Farquhar
                          Assistant U.S. Attorney
                          John J. Moakley U.S. Courthouse
                          1 Courthouse Way, Suite 9200
                          Boston, MA  02210
                          (617) 748-3100

Dated: May 14, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 14. 2007

        /s/ Rayford A Farquhar
        Rayford A. Farquhar
        Assistant U.S. Attorney

.