UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RUSSELL J. ARCHIBALD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-10503-MEL |
| MEL MARTINEZ, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S REPLY TO PLAINTIFF'S MOTION TO STRIKE/OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Secretary of Housing and Urban Development, by and through his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files his Reply to Plaintiff's Motion to Strike/Opposition to Defendant's Motion for Summary Judgment. This Reply is supported by the accompanying memorandum of law and all matters of record.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100