UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSELL J. ARCHIBALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-10503-MEL |
| ) | |
| MEL MARTINEZ, SECRETARY OF ) | |
| HOUSING AND URBAN DEVELOPMENT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>DEFENDANT'S REPLY TO PLAINTIFF'S MOTION TO STRIKE/OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>
**MOTION FOR LEAVE TO FILE A REPLY GRANTED ON AUGUST 14, 2007**

Defendant, Secretary of Housing and Urban Development, by and through his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby pursuant to the Court's Order dated August 14, 2007, Granting Defendant's Motion for Leave to File a Reply, files his Reply to Plaintiff's Motion to Strike/Opposition to Defendant's Motion for Summary Judgment. This Reply is supported by the accompanying memorandum of law and all matters of record.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    <u>/s/ Rayford A. Farquhar</u>
    Rayford A. Farquhar
    Assistant U.S. Attorney
    John J. Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3100

CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2007.

      /s/ Rayford A. Farquhar
      Rayford A. Farquhar